**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1858**

JITENDRAKUMAR JAGUBHAI PATEL,

                    Petitioner,

        v.

JEFF SESSIONS, Attorney General,

                    Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals.

Submitted:  January 20, 2017        Decided:  February 10, 2017

Before GREGORY, Chief Judge, and WILKINSON and TRAXLER, Circuit
Judges.

Petition denied by unpublished per curiam opinion.

Gene S. Devore, LAW OFFICES OF GENE S. DEVORE, P.A., West Palm
Beach, Florida, for Petitioner.  Benjamin C. Mizer, Principal
Deputy Assistant Attorney General, Linda S. Wernery, Assistant
Director, Sarah A. Byrd, Office of Immigration Litigation,
UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for
Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jitendrakumar Jagubhai Patel, a native and citizen of India, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen. We have reviewed the administrative record and Patel's claims, and conclude that the Board did not abuse its discretion in denying his motion. See 8 C.F.R. § 1003.2(a) (2016); Mosere v. Mukasey, 552 F.3d 397, 400 (4th Cir. 2009). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re Patel (B.I.A. June 30, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED